# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF   ALABAMA

SCOTT HUNT

V.

CITY OF MONTGOMERY, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV1160-M

TO: (Name and address of defendant)
City of Montgomery
City Clerk
103 Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*[signature]*

(BY) DEPUTY CLERK

DATE 12/12/05

# UNITED STATES DISTRICT COURT

MIDDLE   DISTRICT OF   ALABAMA

SCOTT HUNT

V.

CITY OF MONTGOMERY, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV1160-M

TO: (Name and address of defendant)
Kevin J. Murphy
C/O Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36752

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE    12/12/05