**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Montgomery
   City Clerk
   103 Perry Street
   Montgomery, Al 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Frank_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
   FRANK Poole

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:05CV1160-m
   ─── SLC

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0000 5265 0295

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540