**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 15, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Hunt v. City of Montgomery et al
      Civil Action No. 2:05-cv-01160-M

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:05-cv-01160-T**.

This new case number should be used on all future correspondence and pleadings in this action.