# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 9, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Scott Hunt v. City of Montgomery et al

Case No.:    2:05cv1160-MHT

Document 10 Order dated 3/9/06

This Order was incorrectly docketed in this case.  This document is stricken from the record and the parties are instructed to disregard the entry of this document on the court's docket.

This Notice of Correction was filed in the referenced case this date to enter the corrected signature pages into the record and  to  correct the deficiency.