IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT, )<br>)<br>  Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 2:05cv1160-MHT |
| )<br>CITY OF MONTGOMERY and )<br>KEVIN J. MURPHY, )<br>)<br>  Defendants. ) | |

**ORDER**

It is ORDERED that the uniform scheduling order (doc. no. 9) is amended to reflect that the trial is set for the term of court beginning on December 11, 2006.

DONE, this the 5th day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**