UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No:  2:05-cv-1160-T |
| v. | ) |
| | ) |
| CITY OF MONTGOMERY and | ) |
| KEVIN J. MURPHY, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF M.B. TROTTER

Before me, the undersigned authority, personally appeared M.B. Trotter, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is M.B. Trotter. I am over nineteen years of age. I was previously employed with the City of Montgomery in the Internal Affairs Division of the Montgomery Police Department. It is in that capacity that I state the following:

In December 2004, I was appointed to conduct an internal affairs investigation for potential violations of departmental policy by four officers on second shift patrol for rule violations found in Article I, Section 1.315 – Conduct unbecoming an Officer; Article I – Section 1.330 – duties of Responsible Employment: Respect to Other Members and Employees and Article I: Section 1.520 – Racial Harassment Policy and Statement of the Montgomery Police Departmental Manual. As part of this investigation, I took statements from Scott Hunt on December 28, 2004, January 4, 2005 and January 7, 2005. Following the investigation, disciplinary procedures were initiated against the four officers.



DEFENDANT'S EXHIBIT 2

1

I was also appointed to conduct an internal affairs investigation in May 2005 for potential violations of departmental policy by Scott Hunt for rules violations found in Article I – Section 1.330 Duties of Responsible Employment; Proper Discharge of Assignment of the Montgomery Police Departmental Manual. As part of that investigation, I took a statement from Hunt on May 31, 2005. Scott Hunt resigned from the Montgomery Police Department June 3, 2005. At that point, the investigation was closed.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

M.B. Trotter

**SWORN TO AND SUBSCRIBED** before me this 19 day of July, 2006.

Notary Public
My commission expires NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 3, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)