UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 2:05-cv-1160-T |
| v. ) | |
| ) | |
| CITY OF MONTGOMERY and ) | |
| KEVIN J. MURPHY, ) | |
| ) | |
| Defendants. | |

### AFFIDAVIT OF KAREN B. CASON

Before me, the undersigned authority, personally appeared Karen B. Cason, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Karen B. Cason. I am over nineteen years of age. I am currently employed as the Assistant Director of the City/County of Montgomery Personnel Department. It is in that capacity that I state the following:

Scott Hunt resigned from the Montgomery Police Department effective June 3, 2005. Scott Hunt was a permanent employee of the City of Montgomery. As a permanent employee, Hunt was entitled to due process and could have appealed to the City/County of Montgomery Personnel Department for a hearing regarding any recommended termination. Mr. Hunt did not file an appeal or request any type of hearing before the City/County of Montgomery Personnel Board.

Our records also reflect that Scott Hunt appeared as a witness in an appeal hearing for former police officers, Relando S. Fannin, Jeffrey J. Flowers and Herman M. Lewis on May 4, 2005, before the City/County Personnel Board.



DEFENDANT'S EXHIBIT 3

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

*Karen B. Cason*
Karen B. Cason
Affiant

**SWORN TO AND SUBSCRIBED** before me this 19 day of July, 2006.

*Linda O. Ward*
Notary Public

(SEAL)

My Commission Expires 8-10-09