IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CITY OF MONTGOMERY and )<br>KEVIN J. MURPHY, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:05cv1160-MHT |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 13) is set for submission, without oral argument, on August 18, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 26th day of July, 2006.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE