IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SCOTT HUNT,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     **v.** | )    CASE NO.: 2:05-cv-1160-MHT |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
|     **Defendants.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement will not be possible, but the parties continue to negotiate. The parties do not now believe that mediation will assist them in resolving this case short of trial, but continue to explore that possibility.

Respectfully submitted this the 17th day of August, 2006.

/s/ JAY LEWIS (LEW031)
Jay Lewis
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document on the following parties or attorneys by ECF, hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 17th day of August, 2006.

Hon. Kimberly Fehl

                                        /s/ JAY LEWIS (LEW031)
                                        Jay Lewis
                                        Attorney for Plaintiff
                                        P.O. Box 5059
                                        Montgomery, Alabama, 36103
                                        334-263-7733 (voice)
                                        334-263-7733 (fax)
                                        J-Lewis@JayLewisLaw.com
                                        ASB-2014-E66J