IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT, )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>CITY OF MONTGOMERY, et al., )<br>  Defendants. ) | CASE NO.: 2:05-cv-1160-MHT |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

**COMES NOW** Plaintiff Scott Hunt, by and through his attorney of record, to pray that the Court will grant him a two-week extension within which to file his response to the defendant's motion for summary judgment and would show unto the Court as follows:

1. As per this Court's order, the said response is due as of August 23, 2006. Plaintiff's counsel has been engaged in preparation for trial in *Boyd v. Walgreen*, which case is to be tried before a jury in this District during the week of August 21, 2006. Plaintiff also will be engaged in jury selection and trial of said case during this time as well.

2. Plaintiff's counsel has contacted counsel for the defendant, Ms. Fehl, who has authorized Plaintiff to represent that his client has no objection to the granting of a two-week extension.

WHEREFORE, the premises considered, Plaintiff prays that the Court will grant him an enlargement of time up to and including September 6, 2006, within which to file his response to the defendant's motion.

RESPECTFULLY SUBMITTED on this the ____21st____ day of August, 2006.

/s/ JAY LEWIS  
Jay Lewis  
LAW OFFICES OF JAY LEWIS, LLC.  
P.O. Box 5059  
Montgomery, AL 36103  
334-263-7733 (Voice)  
334-832-4390 (Fax)  
J-Lewis@JayLewisLaw.com  
ASB-2014-E66J  

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 21st day of August, 2006.

Hon. Kimberly Fehl

/s/JAY LEWIS  
Jay Lewis  
LAW OFFICES OF JAY LEWIS, LLC.  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
J-lewis@jaylewislaw.com  
ASB-2014-E66J  
Counsel for Plaintiff