IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SCOTT HUNT,                       )
                                  )
    Plaintiff,                    )
                                  )
                                  )      CIVIL ACTION NO.
    v.                            )      2:05cv1160-MHT
                                  )
CITY OF MONTGOMERY and            )
KEVIN J. MURPHY,                  )
                                  )
    Defendants.                   )
```

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 16) is denied for the following reason:

"Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 9), § 9(B). The movant has failed to offer any explanation as to why his extension motion was filed after the August 18 deadline for him to respond to the pending summary-

judgment motion, rather than days, or even weeks, in advance.

DONE, this the 21st day of August, 2006.

                                                       /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE