IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT HUNT,                )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>CITY OF MONTGOMERY          )<br>and KEVIN J. MURPHY,        )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:05cv1160-MHT<br>(WO) |

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The motion for summary judgment filed by defendants City of Montgomery and Kevin J. Murphy (Doc. No. 13) is granted.

(2) Judgment is entered in favor of defendants City of Montgomery and Murphy, and against plaintiff Scott Hunt, with plaintiff Hunt taking nothing by his complaint.

It is further ORDERED that costs are taxed against

plaintiff Hunt, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of September, 2006.


                                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE